**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BRISTOL BOROUGH, | : | No. 240 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (BURNETT), | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 10th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.